**634** ■

DIVERSIFIED EQUITIES, INC., a Utah corporation, and Dakal, Inc., a Utah corporation, Plaintiffs and Respondents,

v.

AMERICAN SAVINGS AND LOAN ASSOCIATION, Defendant and Petitioner.

No. 870343.

Supreme Court of Utah.

July 12, 1989.

Ted Boyer, H. Mifflin Williams, III, Salt Lake City, for defendant and petitioner.

Jerome H. Mooney, Arthur M. Strong, Salt Lake City, for plaintiffs and respondents.

HALL, Chief Justice:

Having heard oral arguments and having further reviewed the record and the briefs on file, it appears that certiorari was improvidently granted. The case is therefore dismissed.

STEWART, DURHAM and ZIMMERMAN, JJ., concur.

HOWE, Associate Chief Justice (dissenting):

I dissent. I do not join in dismissing the writ of certiorari. No valid reason exists for doing so, and the majority expresses none. In *Israel Pagan Estate v. Capitol Thrift and Loan*, 771 P.2d 1032 (Utah 1989) (Howe, Assoc. C.J., dissenting), I set out the conditions under which the United States Supreme Court dismisses writs of certiorari as having been improvidently granted and suggested that we follow its practice. None of those conditions exist here, and I decry the wasteful use of time and money of the parties, their lawyers, and this Court which dismissal promotes. I refer the reader to that opinion for a full expression of my views on this practice.